# Exhibit A

State Court
Summons & First Amended Complaint
Case No. A-21-829753-C

REC'D US ATTY'S OFFICE
'22 MAR 24 PM 1:24

SEI
**C. JARED CLARK, ESQ.**
Nevada Bar No.: 13672
**CLARK LAW GROUP, PLLC**
6655 W. Sahara Ave., Ste. A212
Las Vegas, NV 89146
Phone: (702) 330-3272
Fax: (702) 447-5323
E-mail: jared@cjclarklawgroup.com
*Attorneys for Plaintiff*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| CLARK LAW GROUP, PLLC, a Professional Limited Liability Company | Case No. A-21-829753-C<br>Dept No. 4 |
| Plaintiff, | **SUMMONS** |
| vs. | |
| DENISE HENDERSON, an individual; AMERICAN MEDICAL RESPONSE, INC.; SOUTHERN HILLS HOSPITAL AND MEDICAL CENTER; FREMONT EMEGENCY SERVICES, INC.; RADIOLOGY SPECIALISTS, LTD.; ADVANCED ORTHOPEDIC & SPORTS MEDICINE; ORTHOPEDIC FOOT AND ANKLE INSTITUTE LLC.; THOMAS & BIGLER KNEE AND SHOULDER INSTITUTE; MEDICAL NEUROLOGY; ATI PHYSICAL THERAPY; SUNSET RIDGE SURGERY CENTER, LLC.; CENTER FOR MEDICARE & MEDICAID SERVICES; ANTHEM BLUE CROSS LIFE & HEALTH INSURANCE CO.; MERIDIAN RESOURCE COMPANY, LLC.; DOES I through X, inclusive; and ROE CORPORATION I through X, inclusive. | |
| Defendants. | |

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.**

1

**TO THE DEFENDANT.** A Civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

**CENTER FOR MEDICARE & MEDICAID SERVICES**
**7500 Security Boulevard**
**Baltimore, MD 21244**

1. If you intend to defend this lawsuit, within 21 days after this Summons is served on you exclusive of the date of service, you must do the following:

    a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court.

    b. Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

**CLERK OF COURT**

4/6/2021

By: Miriam Vazquez
Deputy Clerk

Issued at the direction of:

**CLARK LAW GROUP, PLLC**

/s/ Jared Clark Esq.
**C. JARED CLARK, ESQ.**
6655 W. Sahara Ave., Ste. A212
Las Vegas, NV 89146
Phone: (702) 330-3272
E-mail: jared@cjclarklawgroup.com
*Attorneys for Plaintiff*

2

Electronically Filed
2/1/2022 3:48 PM
Steven D. Grierson
CLERK OF THE COURT

REC'D US ATTY'S OFFICE
'22 MAR 29 PM12:46

**ACOM**
**C. JARED CLARK, ESQ.**
Nevada Bar No. 13672
**EVAN K. SIMONSEN, ESQ.**
Nevada Bar No. 13762
**CLARK LAW GROUP, PLLC**
6655 W. Sahara Ave., Ste. A114
Las Vegas, NV 89146
Phone: (702) 330-3272
E-mail: jared@cjclarklawgroup.com
         evan@cjclarklawgroup.com

*Attorneys for Plaintiff*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| CLARK LAW GROUP, PLLC, a Professional Limited Liability Company | CASE NO. A-21-829753-C<br>DEPT NO. IV |
| Plaintiff, | |
| vs. | **PLAINTIFF'S FIRST AMENDED COMPLAINT IN INTERPLEADER** |
| DENISE HENDERSON, an individual; AMERICAN MEDICAL RESPONSE, INC.; SOUTHERN HILLS HOSPITAL AND MEDICAL CENTER; FREMONT EMERGENCY SERVICES, INC.; RADIOLOGY SPECIALISTS, LTD.; ADVANCED ORTHOPEDIC & SPORTS MEDICINE; ORTHOPEDIC FOOT AND ANKLE INSTITUTE LLC.; THOMAS & BIGLER KNEE AND SHOULDER INSTITUTE; MEDICAL NEUROLOGY CHANG, LTD; ATI PHYSICAL THERAPY; SUNSET RIDGE SURGERY CENTER, LLC.; CENTER FOR MEDICARE & MEDICAID SERVICES; ANTHEM BLUE CROSS LIFE & HEALTH INSURANCE CO.; MERIDIAN RESOURCE COMPANY, LLC.; ANESTHESIOLOGY CONSULTANTS, INC.; HEALING HEARTS HOME CARE; HEALTHCARE PARTNERS MEDICAL GROUP COATS LTD; RADAR MEDICAL GROUP; MING WEI WU, INC. DOES I | **Exempt from Arbitration: NAR 3(A)**<br>**(Action seeking equitable or extraordinary relief)** |

through X, inclusive; and ROE CORPORATION I through X, inclusive.

Defendants.

**PLAINTIFF'S FIRST AMENDED COMPLAINT IN INTERPLEADER**

COMES NOW, Plaintiff, CLARK LAW GROUP, PLLC (hereinafter "Plaintiff"), and as and for its Complaint in Interpleader against Defendants, and each of them, states as follows:

1. At all times relevant to this action, Plaintiff was and is a Nevada Professional Limited Liability Company doing business in Clark County, Nevada.

2. Plaintiff is informed and believes, and thereon alleges that, at all times relevant herein, Defendant DENISE HENDERSON, an individual (hereinafter "Denise"), was and is a resident of the City of Las Vegas, County of Clark, State of Nevada.

3. Plaintiff is informed and believes, and thereon alleges, that other persons and entities, including health care providers who provided health care to Denise and insurers, have or may have an interest in the interpled insurance settlement proceeds described in this Complaint, whether directly as a person or entity who provided health care to Denise or indirectly as an entity who paid for health care rendered to Denise for injuries that she sustained in an incident that occurred on or about October 19, 2018. These persons and entities named herein as Defendants are as follows: AMERICAN MEDICAL RESPONSE, INC.; SOUTHERN HILLS HOSPITAL AND MEDICAL CENTER; FREMONT EMERGENCY SERVICES, INC.; RADIOLOGY SPECIALISTS, LTD.; ADVANCED ORTHOPEDIC & SPORTS MEDICINE; ORTHOPEDIC FOOT AND ANKLE INSTITUTE LLC; THOMAS & BIGLER KNEE AND SHOULDER INSTITUTE; MEDICAL NEUROLOGY CHANG, LTD; ATI PHYSICAL THERAPY; SUNSET RIDGE SURGERY CENTER, LLC; CENTERS FOR

MEDICARE & MEDICAID SERVICES; ANTHEM BLUE CROSS LIFE & HEALTH INSURANCE CO.; and MERIDIAN RESOURCE COMPANY, LLC.; ANESTHESIOLOGY CONSULTANTS, INC.; HEALING HEARTS HOME CARE; HEALTHCARE PARTNERS MEDICAL GROUP COATS, LTD; RADAR MEDICAL GROUP; MING WEI WU, INC., all of which are believed to be corporations or other business entities licensed to do business in County of Clark, State of Nevada, and all of which are believed to have provided services to Denise.

4. The Defendants named above in Paragraphs 2 through 3, inclusive, are hereinafter referred to as the "Interpleader Defendants".

5. Pursuant to NRCP 10 (a) and *Nufrenberger Hercules-Werke GMBH v. Virostek*, 107 Nev. 873, 822 P.2d 1100 (1991), the identities of resident and non-resident defendants designated as DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive, are unknown to Plaintiff at the present time; however, it is alleged and believed that these defendants have or may have some lien, claim or right to the interpled settlement proceeds in this Interpleader. As the specific identities of these parties are revealed through the course of discovery, the DOE and ROE CORPORATION designations will be replaced to identify these parties by their true names and capacities.

6. Plaintiff is informed and believes, and thereon alleges, that at all times relevant hereto, particularly on or about October 19, 2018, Denise was involved in a motor vehicle accident while traveling northbound on Durango Drive south of the intersection with SR160 in Las Vegas, Nevada, when the tortfeasor, Jeric B. Rivera, ran the red light and crashed into Denise's vehicle at a high rate of speed (the "Accident").

7. Plaintiff is informed and believes, and thereon alleges, that at all times relevant hereto, Denise sustained substantial personal injuries due to the Accident.

3

8. At all times relevant hereto, Denise entered into a contingency retainer agreement with Plaintiff, which provided that Plaintiff would be entitled to receive 33 1/3% of the gross amount recovered by Denise on account of all claims that she brought arising out of or relating to the Accident. See Exhibit "1" attached hereto.

9. That pursuant to the retainer agreement with Plaintiff, Denise also agreed to reimburse Plaintiff for any and all costs incurred by Plaintiff in pursuit of Denise's claims for personal injuries and damages arising from or relating to the Accident.

10. At all times relevant hereto, Denise, represented by Plaintiff, submitted a claim against Jeric B. Rivera's insurance company and achieved a settlement in the amount of Twenty-Five Thousand Dollars ($25,000.00).

11. At all times relevant hereto, Denise, represented by Plaintiff, submitted a claim against Denise's own insurance company and achieved an underinsurance motorist settlement in the amount of Twenty-Five Thousand Dollars ($25,000.00).

12. At all times relevant hereto, pursuant to the retainer agreement between Plaintiff and Denise, Plaintiff is entitled to attorney's fees in the amount of Sixteen Thousand Six Hundred Sixty-Six Dollars and 67/100 cents ($16,666.67), which is 33 1/3% of the total settlement proceeds recovered of $50,000.00.

13. At all times relevant hereto, Plaintiff is entitled to reimbursement of the costs expended in representing Denise in the amount of One Hundred and Ninety-six and 87/100 Dollars ($196.87), not including any future legal costs associated with this action.

14. At this time, a dispute exists between Plaintiff and Denise concerning allocation and distribution of the settlement proceeds.

15. Plaintiff is informed and believes, and thereon alleges, that the Interpleader Defendants claim entitlement to a portion of the settlement proceeds and have liens and/or have asserted claims against the amount interpled.

16. The combined claims made by all of the Interpleader Defendants exceed Fifteen Thousand Dollars and ZERO cents ($15,000.00).

17. Plaintiff is owed and has earned attorney's fees and costs as a result of its representation of Denise and is entitled to its fees and costs prior to distribution to any of the Interpleader Defendants under *Michel v. Eighth Dist. Court ex rel. County of Clark*, 117 Nev. 145, 17 P.3d 1003 (2001).

18. Plaintiff is not in a position to determine the fair distribution of the remaining settlement proceeds to the Interpleader Defendants after the distribution to Plaintiff. As such, it has become necessary to file this Complaint in Interpleader.

19. Plaintiff has brought this Complaint in Interpleader in good faith and without collusion with any parties hereto.

20. Pursuant to NRCP 22 and the case law interpreting the same, Plaintiff is entitled to interplead all money with the Court and/or its designee, so that the Court may determine the rights of Plaintiff and the Interpleader Defendants to the interplead funds.

21. Plaintiff is willing to deposit the total sum of Fifty Thousand Dollars and Zero Cents ($50,000.00) by order of the Court to hold in trust until such time as the rights of the claimants to those funds is determined by the Court, or Plaintiff shall continue to hold such funds in trust until further ordered by the Court.

22. Plaintiff has incurred, and will continue to incur, costs and fees associated with this Interpleader.

23. Because this is a matter seeking equitable relief, it should be exempted from arbitration pursuant to Rule 3(a) of the Rules Governing Alternative Dispute Resolution.

**WHEREFORE**, Plaintiff, who reserves the right to amend this Complaint in Interpleader to name all Defendants not yet ascertained, prays for relief as follows:

1. That each of the Interpleader Defendants be restrained from instituting any action against Plaintiff or any other party hereto for the recovery of any claim arising out of the Accident;

2. That the Interpleader Defendants be required to interplead and settle between themselves and the Court each of their respective rights, if any, to the settlement proceeds;

3. That Plaintiff be discharged from all liability arising out of the Accident, except to the extent the Court orders;

4. That pursuant to its retainer agreement with Denise, Plaintiff receive its attorneys' fees and costs from the settlement proceeds before any distribution to any Interpleader Defendant;

5. That Plaintiff be awarded its costs incurred in filing and prosecuting this Interpleader Complaint;

6. For any and all further relief necessary to protect Plaintiff from any claim to the money obtained in settlement on behalf of Denise, including discharging Plaintiff from any obligation to pay any Interpleader Defendant for claims relating to the Accident;

7. That all debts owed to the Interpleader Defendants be discharged in full from the settlement proceeds;

8. For any other order or declaration to carry out the purpose of NRCP 22 and the cases interpreting same; and

6

9. For such other further relief as the Court deems just and proper.

DATED this 1st day of February 2022.

                                              **CLARK LAW GROUP, PLLC**

                                              */s/ Evan K. Simonsen*
                                              _____

                                              **C. JARED CLARK, ESQ.**
                                              Nevada Bar No. 13672
                                              **EVAN K. SIMONSEN, ESQ.**
                                              Nevada Bar No. 13762
                                              6655 W. Sahara Ave., Ste. A114
                                              Las Vegas, NV 89146
                                              *Attorneys for Plaintiff*

REC'D US ATTY'S OFFICE *mc*
'22 MAR 29 PM 12:46

CASE NO: A-21-829753-C
Department 4

## DISTRICT COURT CIVIL COVER SHEET
Clark County, Nevada

Case No. _____
*(Assigned by Clerk's Office)*

### I. Party Information *(provide both home and mailing addresses if different)*

**Plaintiff(s) (name/address/phone):**
Clark Law Group, PLLC,
a Professional Limited Liability Company

**Defendant(s) (name/address/phone):**
Denise Henderson; American Medical Response; Southern Hills Hospital and Medical Center; Fremont Emergency Services, Inc.; Radiology Specialists, Ltd; Advanced Orthopedic & Sports Medicine; Orthopedic Foot and Ankle Institute LLC; Thomas & Bigler Knee and Shoulder Institute; Medical Neurology; ATI Physical Therapy; Sunset Ridge Surgery Center, LLC;

**Attorney (name/address/phone):**
C. Jared Clark, Esq. #13672
6655 W. Sahara Ave, Ste. A212
Las Vegas, NV 89146
(702) 330-3272

Center for Medicare and Medicaid Services; Anthem Blue Cross Life & Health
Meridian Resource Company, LLC.; Does I through X, Inclusive; and Roe Corporations I through X, inclusive

### II. Nature of Controversy *(please select the one most applicable filing type below)*

**Civil Case Filing Types**

| Real Property | Torts | |
|---|---|---|
| **Landlord/Tenant** | **Negligence** | **Other Torts** |
| ☐ Unlawful Detainer | ☐ Auto | ☐ Product Liability |
| ☐ Other Landlord/Tenant | ☐ Premises Liability | ☐ Intentional Misconduct |
| **Title to Property** | ☒ Other Negligence | ☐ Employment Tort |
| ☐ Judicial Foreclosure | **Malpractice** | ☐ Insurance Tort |
| ☐ Other Title to Property | ☐ Medical/Dental | ☐ Other Tort |
| **Other Real Property** | ☐ Legal | |
| ☐ Condemnation/Eminent Domain | ☐ Accounting | |
| ☐ Other Real Property | ☐ Other Malpractice | |

| Probate | Construction Defect & Contract | Judicial Review/Appeal |
|---|---|---|
| **Probate** *(select case type and estate value)* | **Construction Defect** | **Judicial Review** |
| ☐ Summary Administration | ☐ Chapter 40 | ☐ Foreclosure Mediation Case |
| ☐ General Administration | ☐ Other Construction Defect | ☐ Petition to Seal Records |
| ☐ Special Administration | **Contract Case** | ☐ Mental Competency |
| ☐ Set Aside | ☐ Uniform Commercial Code | **Nevada State Agency Appeal** |
| ☐ Trust/Conservatorship | ☐ Building and Construction | ☐ Department of Motor Vehicle |
| ☐ Other Probate | ☐ Insurance Carrier | ☐ Worker's Compensation |
| **Estate Value** | ☐ Commercial Instrument | ☐ Other Nevada State Agency |
| ☐ Over $200,000 | ☐ Collection of Accounts | **Appeal Other** |
| ☐ Between $100,000 and $200,000 | ☐ Employment Contract | ☐ Appeal from Lower Court |
| ☐ Under $100,000 or Unknown | ☐ Other Contract | ☐ Other Judicial Review/Appeal |
| ☐ Under $2,500 | | |

| Civil Writ | | Other Civil Filing |
|---|---|---|
| **Civil Writ** | | **Other Civil Filing** |
| ☐ Writ of Habeas Corpus | ☐ Writ of Prohibition | ☐ Compromise of Minor's Claim |
| ☐ Writ of Mandamus | ☐ Other Civil Writ | ☐ Foreign Judgment |
| ☐ Writ of Quo Warrant | | ☐ Other Civil Matters |

*Business Court filings should be filed using the Business Court civil coversheet.*

February 19, 2021
Date

/s/ C. Jared Clark
Signature of initiating party or representative

*See other side for family-related case filings.*

Nevada AOC - Research Statistics Unit
Pursuant to NRS 3.275

Form PA 201
Rev 3.1